# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00264-CV

**In re Wayne Adams**

## ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

## M E M O R A N D U M   O P I N I O N

Relator filed a petition for writ of mandamus complaining that the trial court had not performed its required ministerial duties in regard to relator's petition for writ of habeas corpus. *See* Tex. R. App. P. 52.8. The trial court has provided us with copies of its correspondence to relator explaining that relator's petition did not comply with the requirements set out by the court of criminal appeals, giving specific instructions on how to file a proper petition and a blank copy of the form that the court of criminal appeals requires to be used when filing a petition for writ of habeas corpus. We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Filed:  June 28, 2011